IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Powell, Betty J | Case Number: 04 B 32505 |
| | Judge: Hollis, Pamela S |
| Printed: 1/15/08 | Filed: 9/1/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 11, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 15,480.00 | |
| Secured: | | 9,650.38 |
| Unsecured: | | 2,829.40 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 800.22 |
| Other Funds: | | 0.00 |
| Totals: | 15,480.00 | 15,480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 4,382.67 | 4,382.67 |
| 4. | Wells Fargo Fin Acceptance | Secured | 5,267.71 | 5,267.71 |
| 5. | Resurgent Capital Services | Unsecured | 331.39 | 1,548.62 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 16.14 | 75.45 |
| 7. | Jefferson Capital | Unsecured | 149.64 | 699.30 |
| 8. | Portfolio Recovery Associates | Unsecured | 108.29 | 506.03 |
| 9. | Silverleaf Resorts Inc | Secured | | No Claim Filed |
| 10. | Black Expressions | Unsecured | | No Claim Filed |
| 11. | CompuServe | Unsecured | | No Claim Filed |
| 12. | AT&T Wireless | Unsecured | | No Claim Filed |
| 13. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 14. | First National Bank Of Brookins | Unsecured | | No Claim Filed |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | Primary Care | Unsecured | | No Claim Filed |
| 17. | First Premier | Unsecured | | No Claim Filed |
| 18. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 19. | Readers Service | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Worldcom Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,455.84 | $ 14,679.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Powell, Betty J

Printed:  1/15/08

Case Number:  04 B 32505
Judge:  Hollis, Pamela S
Filed:  9/1/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 167.70 |
| 4% | 51.60 |
| 3% | 38.69 |
| 5.5% | 212.86 |
| 5% | 43.00 |
| 4.8% | 123.83 |
| 5.4% | 162.54 |
|  | _____ |
|  | $ 800.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

